Decided July 9, 2008

STATE OF CONNECTICUT *v.* ROBERT MUCKLE

STATE OF CONNECTICUT *v.* STANLEY SCOTT

STATE OF CONNECTICUT *v.* MARYANN SPRAGUE

The defendants' petition for certification for appeal from the Appellate Court, 108 Conn. App. 146 (AC 28108/AC 28109/AC 28110), is denied.

SCHALLER, J., did not participate in the consideration of or decision on this petition.

*Roger J. Frechette*, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided July 9, 2008